# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 9, 2021

*By the Court*:

No. 20-2105

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | Appeal from the United States District Court for the Central District of Illinois. |
| *v.* | No. 3:18-cr-30038-RM-TSH-1 |
| JANHOI COLE, *Defendant-Appellant*. | **Richard Mills**, *Judge*. |

## O R D E R

The court has voted sua sponte to rehear this appeal en banc. Accordingly, the panel opinion of April 16, 2021 is vacated, and the court will set an argument date by separate order.

The parties shall each file a supplemental brief of up to 8,000 words no later than July 15, 2021 on the questions whether and when travel-plan questions fall within the "mission" of a traffic stop under *Rodriguez v. United States*, 575 U.S. 348 (2015). The parties' briefs should also address how the court's recent decision in *United States v. Lewis*, 920 F.3d 483 (7th Cir. 2019), affects those questions, and whether and when an officer may ask travel-plan questions if such questions are not part of the "mission" of a stop.